IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES M. CRUNK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 01-2573 Ml/V |
| | ) |
| TAG CHONG ("TEDDY") KIM, and | ) |
| ELVIS ROBERT GATES, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO VACATE ORDER STAYING CASE**

Before the Court is Plaintiff's Motion to Vacate Order Staying Case, filed April 8, 2005, and amended on May 9, 2005. On August 7, 2003, the Court stayed this action because former Defendant ATNG, Inc. had been placed into an Involuntary Bankruptcy in the United States Bankruptcy Court for the Central District of California.[1]  On March 28, 2005, Plaintiff filed a notice of voluntary dismissal with prejudice as to former Defendant ATNG, Inc.  Plaintiff now moves the Court to vacate its order staying this case.  Good cause having been shown, Plaintiff's motion is GRANTED.

The Court hereby sets a telephone conference for <u>Friday, May 27, 2005, at 2:30 p.m.</u> to set a new trial schedule in this case. Plaintiff shall initiate the call with all parties on the line.

---

[1] On May 12, 2004, that Bankruptcy action was dismissed. (See Amended Motion to Vacate Order Staying Case, Ex. B.)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

ENTERED this 11 day of May, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Alvin E Entin
ENTIN & MARGULES, P.A.
200 East Broward Blvd.
Ste. 1210
Fort Lauderdale, FL 33301

Bill M. Wade
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT