IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES M. CRUNK, | ) |
| Plaintiff, | ) |
| v. | ) No. 01-2573 Ml/V |
| TAG CHONG ("TEDDY") KIM, and ELVIS ROBERT GATES, | ) |
| Defendants. | ) |

**ORDER RE-SETTING TELEPHONE CONFERENCE**

The telephone conference in this case previously scheduled for <u>Friday, May 27, 2005, at 2:30 p.m.</u> to set a new trial schedule in this case is hereby re-set to <u>Friday, June 24, 2005, at 2:30 p.m.</u> Plaintiff shall initiate the call with all parties on the line.

ENTERED this ____ day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Bill M. Wade
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Alvin E Entin
ENTIN & MARGULES, P.A.
200 East Broward Blvd.
Ste. 1210
Fort Lauderdale, FL 33301

Honorable Jon McCalla
US DISTRICT COURT