IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES M. CRUNK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 01-2573 Ml/V |
| | ) |
| TAG CHONG ("TEDDY") KIM, and | ) |
| ELVIS ROBERT GATES, | ) |
| | ) |
| Defendants. | ) |

**ORDER SETTING DISCOVERY AND TRIAL SCHEDULE**

The Court held a telephone conference in this case on Friday, June 24, 2005. Plaintiff was represented by Steve Greenberg, Esq. Defendant Elvis Robert Gates was represented by Earle J. Schwartz, Esq. Pursuant to the discussion at the conference, the Court hereby sets the following schedule in this case:

Plaintiff shall file an amended complaint by July 25, 2005. Plaintiff stated through counsel during the conference that he will no longer pursue claims under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*

Defendant Elvis Robert Gates shall file any third party complaint by August 25, 2005.

Plaintiff shall provide any relevant expert disclosures by December 19, 2005. Defendant shall provide any relevant expert disclosures by January 19, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-27-05

(110)

    All discovery shall be completed by <u>February 24, 2006</u>.

    Any dispositive motions shall be filed by <u>March 3, 2006</u>.

    The Court hereby sets the following trial schedule:

Jury Trial: <u>Monday, May 15, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Tuesday, May 9, 2006, at 8:45 a.m.</u>[1]

Pretrial Order: <u>Tuesday, May 2, 2006, by 4:30 p.m.</u>

    ENTERED this 24 day of June, 2005.

                              /s/ Jon P. McCalla
                              JON P. McCALLA
                              UNITED STATES DISTRICT JUDGE

---

[1] The parties may appear by telephone at the pretrial conference.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT