IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 3:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | | |
|---|---|---|
| JAMES M. CRUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-2573 Ml/V |
| | ) | |
| TAG CHONG ("TEDDY") KIM, and ELVIS ROBERT GATES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT GATES' MOTION FOR INVOLUNTARY DISMISSAL AS TO DEFENDANT GATES**

Before the Court is Defendant Gates' Motion for Involuntary Dismiss, filed September 2, 2005. Plaintiff has not responded to Defendant's motion. Plaintiff has not filed his amended complaint nor any third-party complaints in a timely manner. Accordingly, this case is DISMISSED, with prejudice, as to Defendant Elvis Robert Gates pursuant to Federal Rule of Civil Procedure 41(b).

So ORDERED this 29th day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-29-05

116



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT