IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 16 AM 8: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAMES M. CRUNK, )
)
    Plaintiff, )
)
v. ) No. 01-2573 Ml/V
)
TAG CHONG ("TEDDY") KIM, )
)
    Defendant. )
)

## ORDER SETTING STATUS CONFERENCE

The Court will hold a brief telephone conference in this cause on <u>Friday, January 13, 2006, at 11:30 a.m. CST</u> to determine the status of this action.[1]  Plaintiff shall initiate the call with all parties on the line.  The Court notes that Defendant Kim is no longer represented by counsel and ORDERS the Clerk to send this order directly to Defendant Kim at the addresses below.[2]

So ORDERED this 15th day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] There has been some indication that Plaintiff may not want to proceed in this cause against Defendant Kim.

[2] The Clerk is ORDERED to send this order directly to Defendant Kim at both of the following addresses: 32650 Nantasket Drive, Apt. 89, Rancho Palos Verdes, CA 90275; 1867 Johnson Road, Germantown, TN 38139.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

117

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Honorable Jon McCalla
US DISTRICT COURT