IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 21  AM 9:08

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES M. CRUNK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATNG, INC., TAG CHONG ("TEDDY") )<br>KIM, and ELVIS ROBERT GATES, )<br>)<br>Defendants. )<br>) | No. 01-2573 Ml/V |

### ORDER REQUIRING PLAINTIFF TO SUBMIT MOTION TO FORMER DEFENDANT GATES

Before the Court is Plaintiff's Motion to Vacate Order of Involuntary Dismissal with Prejudice as to Defendant Elvis Robert Gates, filed December 16, 2005. Plaintiff contends that Gates was wrongfully dismissed from this suit and should be reinstated as a defendant. However, despite the fact that Plaintiff challenges Gates' failure to notify it of the motion for involuntary dismissal, Plaintiff has failed to send a copy of the instant motion to former Defendant Gates. Accordingly, Plaintiff is ORDERED to send a copy of its motion to former Defendant Gates. Gates shall have fifteen (15) days of receipt within which to respond to that motion.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-21-05



So ORDERED this **20**th day of December, 2005.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Honorable Jon McCalla
US DISTRICT COURT