IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES M. CRUNK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 01-2573 Ml/V |
| ATNG, INC., TAG CHONG ("TEDDY") KIM, and ELVIS ROBERT GATES, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER TERMINATING DEFENDANT ATNG

Defendant ATNG, Inc. was dismissed from this case pursuant to the Notice of Voluntary Dismissal and the Federal Rules of Civil Procedure 41(a) on March 28, 2005. Accordingly, the Clerk is hereby ORDERED to show Defendant ATNG, Inc. as terminated.

So ORDERED this 20th day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT