IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES M. CRUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-2573 Ml/V |
| | ) | |
| ATNG, INC., TAG CHONG ("TEDDY") | ) | |
| KIM, and ELVIS ROBERT GATES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER TO GIVE GATES NOTICE OF STATUS CONFERENCE**

The Court has scheduled a telephone status conference in this cause on <u>Friday, January 13, 2006, at 11:30 a.m. CST</u>. Former Defendant Gates may not have received notice of the above conference. Accordingly, the Clerk is hereby ORDERED to give notice to counsel for former Defendant Gates of the status conference. Counsel for Gates should attend the scheduled conference.

So ORDERED this 21th day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:01-CV-02573 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Alvin E Entin
ENTIN DELLA FERA & GREENBERG. P.A.
110 Southeast Sixth St.
Fort Lauderdale, FL 33301

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT